**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FUJIFILM SONOSITE, INC., | |
| Plaintiff, | C.A. No. 22-309-JPM |
| v. | ███████████████████ |
| BUTTERFLY NETWORK, INC., | |
| Defendant. | |

**DECLARATION OF BROOKS J. KENYON IN SUPPORT OF DEFENDANT'S
MOTION TO STAY PENDING *INTER PARTES* REVIEW**

I, Brooks J. Kenyon, declare as follows:

1.      I am an attorney at Akin Gump Strauss Hauer & Feld LLP ("Akin") and am licensed to practice law in New York.  I am admitted *pro hac vice* to this Court, and I am counsel for Defendant Butterfly Network, Inc. ("Butterfly") in this matter.

2.      I make this declaration in support of Defendant's Motion to Stay Pending *Inter Partes* Review.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Butterfly Network, Inc.'s Petition for *Inter Partes* Review of the '157 Patent, *Butterfly Network, Inc. v. FUJIFILM Sonosite, Inc.*, IPR2022-1577 (P.T.A.B. Oct. 11, 2022) (Paper 1).

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Defendant Butterfly Network, Inc.'s Petition for *Inter Partes* Review of the '985 Patent, *Butterfly Network, Inc. v. FUJIFILM Sonosite, Inc.*, IPR2022-1576 (P.T.A.B. Oct. 7, 2022) (Paper 1).

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Defendant Butterfly Network, Inc.'s Petition for *Inter Partes* Review of the '168 Patent, *Butterfly Network, Inc. v. FUJIFILM Sonosite, Inc.*, IPR2022-1575 (P.T.A.B. Oct. 3, 2022) (Paper 1).

1

6.      Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff FUJIFILM Sonosite, Inc.'s Initial Infringement Contentions in C.A. No. 22-309-JPM, served October 26, 2022.

7.      Attached hereto as **Exhibits 4A through 4G** are true and correct copies of infringement claim charts attached as exhibits to Fujifilm's Initial Infringement Contentions in C.A. No. 22-309-JPM, served October 26, 2022.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of Defendant Butterfly Network, Inc.'s Supplemental Objections and Responses to Fujifilm's Interrogatory Nos. 3-5 and 7-9 in C.A. No. 22-309-JPM, served March 3, 2023.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of Decision Granting Institution of *Inter Partes* Review of the '157 Patent, *Butterfly Network, Inc. v. FUJIFILM Sonosite, Inc.*, IPR2022-1577 (P.T.A.B. Apr. 13, 2023) (Paper 8).

10.     Attached hereto as **Exhibit 7** is a true and correct copy of Decision Granting Institution of *Inter Partes* Review of the '985 Patent, *Butterfly Network, Inc. v. FUJIFILM Sonosite, Inc.*, IPR2022-1576 (P.T.A.B. Apr. 13, 2023) (Paper 8).

11.     Attached hereto as **Exhibit 8** is a true and correct copy of Decision Granting Institution of *Inter Partes* Review of the '168 Patent, *Butterfly Network, Inc. v. FUJIFILM Sonosite, Inc.*, IPR2022-1575 (P.T.A.B. Apr. 13, 2023) (Paper 7).

12.     Attached hereto as **Exhibit 9** is a true and correct copy of a string of emails between Brooks J. Kenyon, Thomas K. Natsume, and others, dated April 18, 2023, to April 20, 2023.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff FUJIFILM Sonosite, Inc.'s Second Supplemental Objections and Responses to Defendant's First Set of

Interrogatories in C.A. No. 22-309-JPM, served March 27, 2023.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of Plaintiff FUJIFILM Sonosite, Inc.'s First Supplemental Initial Disclosures in C.A. No. 22-309-JPM, served March 10, 2023.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of **excerpts** of Defendant's Initial Invalidity and Unenforceability Contentions in C.A. No. 22-309-JPM, served January 6, 2023.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of a letter from C. Brandon Rash to Jennifer C. Tempesta, dated March 28, 2023 ███████████████████ ████████.

17.     Attached hereto as **Exhibit 14** is a true and correct copy of Assignment of U.S. Patent Rights, executed February 22, 2022 (USPTO Patent Application Database, Reel/Frame 059095/0054) for the assignment of U.S. Patent Nos. 6,901,157 and 8,360,981 from FUJIFILM Corp. to FUJIFILM Sonosite, Inc. (FFSS_BFLY_0002173-2175).

18.     Attached hereto as **Exhibit 15** is a true and correct copy of *Boston Scientific Corp. v. Nevro Corp.*, No. 16-cv-1163-CFC-CJB (D. Del. May 19, 2021) (Connolly, C.J.) (Oral Order).

19.     Attached hereto as **Exhibit 16** is a true and correct copy of a March 18, 2021 hearing transcript in *Boston Scientific Corp. v. Nevro Corp.*, No. 16-cv-1163-CFC-CJB (D. Del. May 18, 2021).

20.     Attached hereto as **Exhibit 17** is a true and correct copy of Plaintiff FUJIFILM Sonosite, Inc.'s "End of Sale Notice – Sonosite iViz," dated September 2020 (BFLY_FUJI_0024187-24188).

21.     Attached hereto as **Exhibit 18** is a true and correct copy of Adrienne N. Malik et

al., *The Use of Handheld Ultrasound Devices in Emergency Medicine*, Technology in Medicine, published May 11, 2021 (BFLY_FUJI_0027169-27177).

22.     Attached hereto as **Exhibit 19** is a true and correct copy of a letter from C. Brandon Rash to Jennifer C. Tempesta, dated April 18, 2023 ██████████████ ████████████.

23.     Attached hereto as **Exhibit 20** is a true and correct copy of a letter from C. Brandon Rash to Jennifer C. Tempesta, dated December 15, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

April 25, 2023                                              */s/ Brooks J. Kenyon*_____
                                                            Brooks J. Kenyon

4