**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FUJIFILM SONOSITE, INC., | |
| Plaintiff, | C.A. No. 22-309-JPM |
| v. | |
| BUTTERFLY NETWORK, INC., | ███████████████████ |
| Defendant. | |

**DECLARATION OF BROOKS J. KENYON IN SUPPORT OF DEFENDANT'S
<u>REPLY BRIEF TO ITS MOTION TO STAY</u>**

I, Brooks J. Kenyon, declare as follows:

1.      I am an attorney at Akin Gump Strauss Hauer & Feld LLP ("Akin") and am licensed to practice law in New York.  I am admitted *pro hac vice* to this Court, and I am counsel for Defendant Butterfly Network, Inc. ("Butterfly") in this matter.

2.      I make this declaration in support of Defendant's Reply Brief to its Motion to Stay Pending *Inter Partes* Review.

3.      Exhibits 1-20 were attached to the Declaration of Brooks J. Kenyon (D.I. 79) in support of Defendant's Opening Brief to its Motion to Stay Pending *Inter Partes* Review C.A. No. 22-309-JPM, filed April 25, 2023, which are incorporated herein by reference.

4.      Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiff FUJIFILM Sonosite, Inc.'s deposition and documents subpoenas to third-party Benjamin LeRoux in C.A. No. 22-309-JPM, sent via email on May 12, 2023 ███████████████.

5.      Attached hereto as **Exhibit 22** is a true and correct copy of Plaintiff FUJIFILM Sonosite, Inc.'s deposition and documents subpoenas to third-party Stacey Pugh in C.A. No. 22-309-JPM, sent via email on May 12, 2023 ██████████████.

1

6.      Attached hereto as **Exhibit 23** is a true and correct copy of Plaintiff FUJIFILM Sonosite, Inc.'s deposition and documents subpoenas to third-party Guru Sundar in C.A. No. 22-309-JPM, sent via email on May 12, 2023 ████████████████.

7.      Attached hereto as **Exhibit 24** is a true and correct copy of "Ultrasound Equipment World Market Report – 2022 Edition: Main Report," by Signify Research, dated August 2022 (BFLY_FUJI_0052282-52418) [*FILED UNDER SEAL*].

8.      Attached hereto as **Exhibit 25** is a true and correct copy of "EPIQ Elite Release 4.0 & Affiniti Continuum 4.0 – eL18-4 Needle Visualization" by Koninklijke Philips N.V., dated January 2019.

9.      Attached hereto as **Exhibit 26** is a true and correct copy of **excerpts** of "Technical Publications – Venue Fit Basic User Manual, Version R4.0" by General Electric Co., dated November 8, 2022.

10.     Attached hereto as **Exhibit 27** is a true and correct copy of **excerpts** of the transcript of a March 30, 2023 hearing before J. McCalla in C.A. No. 22-309-JPM.

11.     Attached hereto as **Exhibit 28** is a true and correct copy of a string of emails between Jennifer Tempesta, Michael J. Farnan, and others, dated October 25, 2022, to November 4, 2022.

12.     Attached hereto as **Exhibit 29** is a true and correct copy of Defendant Butterfly Network, Inc.'s Modifications Pursuant to the Agreement and Order on Document and E-Discovery in C.A. No. 22-309-JPM, served December 7, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 16, 2023                                  */s/Brooks J. Kenyon*_____
                                                    Brooks J. Kenyon

2