## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

FUJIFILM SONOSITE, INC.,

                    Plaintiff,

        v.

BUTTERFLY NETWORK, INC.

                    Defendant.


BUTTERFLY NETWORK, INC. and BFLY
OPERATIONS, INC.,

                    Counterclaim-
                    Plaintiffs,

        v.

FUJIFILM SONOSITE, INC., FUJIFILM
CORP., and FUJIFILM HOLDINGS
AMERICA CORP.,

                    Counterclaim-
                    Defendants.

C.A. No. 22-309-JPM

## DECLARATION OF CLARK GORDON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S PARTIAL MOTION TO DISMISS AND STRIKE DEFENDANTS' COUNTERCLAIMS AND INVALIDITY DEFENSE

I, Clark Gordon, declare as follows:

1.      I am an attorney at Akin Gump Strauss Hauer & Feld LLP ("Akin") and am licensed to practice law in Clark.  I am admitted *pro hac vice* to this Court, and I am counsel for Defendants Butterfly Network, Inc. and BLFY Operations, Inc. ("Butterfly") in this matter.

2.      I make this declaration in support of Defendant's Opposition to Plaintiff's Partial Motion to Dismiss and to Strike Defendants' Counterclaims and Invalidity Defense (D.I. 138).

*[CONTAINS FUJIFILM SONOSITE CONFIDENTIAL BUSINESS INFORMATION; RESTRICTED – OUTSIDE ATTORNEYS' EYES ONLY]*

3.      Attached hereto as **Exhibit 1** is a true and correct copy of "Patent Assignment Agreement," dated February 16, 2022 (FFSS_BFLY_0006995-6998) [***RESTRICTED – ATTORNEYS' EYES ONLY***].

4.      Attached hereto as **Exhibit 2** is a true and correct copy of "Assignment of U.S. Patent Rights," dated February 22, 2022 (FFSS_BFLY_0002173-2175).

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff FUJIFILM Sonosite, Inc.'s Proportionality Assessment Form in C.A. No. 22-309-JPM, submitted via email on September 13, 2022 *[CONFIDENTIAL]*.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the LinkedIn profile of Frank Gallucci, Chief Intellectual Property Counsel at FUJIFILM Holdings America Corporation, last accessed on August 21, 2023.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of LinkedIn profile of Tatsuya Fujinami, Intellectual Property Manager at FUJIFILM Holdings America Corporation, last accessed on August 21, 2023.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of a letter from Brandon Rash to Jennifer Tempesta, sent via email on July 12, 2023 [***CONTAINS FUJIFILM SONOSITE CONFIDENTIAL BUSINESS INFORMATION; RESTRICTED – OUTSIDE ATTORNEYS' EYES ONLY***].

9.      Attached hereto as **Exhibit 7** is a true and correct copy of "FUJIFILM Group Authorization Policy for Important Decisions," dated December 1, 2020 (FFSS_BFLY_0072451-72467) [***RESTRICTED – ATTORNEYS' EYES ONLY***].

10.     Attached hereto as **Exhibit 8** is a true and correct copy of Defendant Butterfly Network, Inc.'s Initial Invalidity and Unenforceability Contentions in C.A. No. 22-309-JPM,

*[CONTAINS FUJIFILM SONOSITE CONFIDENTIAL BUSINESS INFORMATION;*
*RESTRICTED – OUTSIDE ATTORNEYS' EYES ONLY]*

served January 5, 2023.

11.    Attached hereto as **Exhibit 9** is a true and correct copy of Defendant Butterfly Network, Inc.'s First Set of Interrogatories (Nos. 1-9) in C.A. No. 22-309-JPM, served October 25, 2022.

12.    Attached hereto as **Exhibit 10** is a true and correct copy of Defendant Butterfly Network, Inc.'s First Set of Requests for Production (Nos. 1-158) in C.A. No. 22-309-JPM, served October 25, 2022.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of Plaintiff FUJIFILM Sonosite's First Supplemental Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-9) in C.A. No. 22-309-JPM, served February 23, 2023.

14.    Attached hereto as **Exhibit 12** is a true and correct copy of a letter from Brandon Rash to Jennifer Tempesta, sent via email on July 14, 2023 [*CONTAINS FUJIFILM SONOSITE CONFIDENTIAL BUSINESS INFORMATION; RESTRICTED – OUTSIDE ATTORNEYS' EYES ONLY*].

15.    Attached hereto as **Exhibit 13** is a true and correct copy of a letter from Jennifer Tempesta to Brandon Rash, sent via email on July 25, 2023.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of an email from Brian Farnan to Jennifer Tempesta and others, dated August 18, 2023.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of a FUJIFILM Corp. email "Fwd: Meeting agenda on Jan 11th @ Sonosite," dated January 9, 2018 (FFSS_BFLY_0057044-57046) [*RESTRICTED – ATTORNEYS' EYES ONLY*].

18.    Attached hereto as **Exhibit 16** is a true and correct copy of "Ultraportable Handheld Ultrasound Device Study – Preliminary Topline Report," dated May 7, 2020

3

*[CONTAINS FUJIFILM SONOSITE CONFIDENTIAL BUSINESS INFORMATION; RESTRICTED – OUTSIDE ATTORNEYS' EYES ONLY]*

(FFSS_BFLY_0086967-86990) [*RESTRICTED – ATTORNEYS' EYES ONLY*].

19.     Attached hereto as **Exhibit 17** is a true and correct copy of a FUJIFILM Corp. email "Re: Needle visualization by photoacoustic imaging: ALEX and YAG comparison," dated January 4, 2013 (FFSS_BFLY_0038757) [*RESTRICTED – ATTORNEYS' EYES ONLY*].

20.     Attached hereto as **Exhibit 18** is a true and correct copy of a FUJIFILM Corp. email "Fwd: Meeting agenda on Jan 11th @ Sonosite," dated January 9, 2018 (FFSS_BFLY_0050903-50905) [*RESTRICTED – ATTORNEYS' EYES ONLY*].

21.     Attached hereto as **Exhibit 19** is a true and correct copy of a FUJIFILM Corp. email "About mid-range specifications," dated July 29, 2016 (FFSS_BFLY_0030877) [*RESTRICTED – ATTORNEYS' EYES ONLY*].

22.     Attached hereto as **Exhibit 20** is a true and correct copy of a letter from Jennifer Tempesta to Brandon Rash, sent via email on July 18, 2023.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of a letter from Brandon Rash to Jennifer Tempesta, sent via email on March 28, 2023 [*RESTRICTED – ATTORNEYS' EYES ONLY*].

24.     Attached hereto as **Exhibit 22** is a true and correct copy of a letter from Jennifer Tempesta to Brooks Kenyon, sent via email on March 16, 2023.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of Butterfly's First Set of Requests for Production to Counterclaim-Defendant FUJIFILM Holdings America Corp. (Nos. 1-165) in C.A. No. 22-309-JPM, served August 18, 2023.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of Butterfly's First Set of Requests for Production to Counterclaim-Defendant FUJIFILM Corp. (Nos. 1-165) in C.A. No. 22-309-JPM, served August 18, 2023.

*[CONTAINS FUJIFILM SONOSITE CONFIDENTIAL BUSINESS INFORMATION;*
*RESTRICTED – OUTSIDE ATTORNEYS' EYES ONLY]*

27.     Attached hereto as **Exhibit 25** is a true and correct copy of an email from Brandon Rash to Thomas Natsume and others, dated May 26, 2023.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of Exhibit A to Plaintiff FUJIFILM Sonosites's Initial Infringement Contentions in C.A. No. 22-309-JPM, served October 26, 2022.

29.     Attached hereto as **Exhibit 27** is a true and correct copy of a letter from Jennifer Tempesta to Paul Tripodi, sent via email on July 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 22, 2023                                    */s/Clark Gordon*_____
                                                         Clark Gordon