IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FUJIFILM SONOSITE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-309 (JPM) |
| | ) | |
| BUTTERFLY NETWORK, INC. and | ) | **PUBLIC VERSION** |
| BFLY OPERATIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ERIC FARAGI IN SUPPORT OF PLAINTIFF'S REPLY IN
SUPPORT OF ITS PARTIAL MOTION TO DISMISS AND TO STRIKE
DEFENDANTS' COUNTERCLAIMS AND INVALIDITY DEFENSE**

I, Eric Faragi, declare as follows:

1.     I am attorney at Baker Botts LLP.  I am over the age of 18.  I am admitted *pro hac vice* in this Court, and I am counsel for plaintiff in this matter.

2.     Attached as **Exhibit 28** is a true and correct copy of an email dated March 7, 2023 from counsel for defendant to counsel for plaintiff.

3.     Attached as **Exhibit 29** is a true and correct copy of an email dated July 10, 2023 from counsel for defendant to counsel for plaintiff [*RESTRICTED – ATTORNEYS' EYES ONLY*].

4.     Attached as **Exhibit 30** is a true and correct copy of plaintiff's first supplemental responses to defendant's first set of interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

**Confidiential Version Filed: August 29, 2023**
**Public Version Filed: September 5, 2023**

*/s/ Eric Faragi*
Eric Faragi

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 29, 2023, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                    *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendants Butterfly Network, Inc.*
*and BFLY Operations, Inc.*

Steven D. Maslowski, Esquire                               *VIA ELECTRONIC MAIL*
Jason Weil, Esquire
Rubén H. Muñoz, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
1735 Market Street, 12th Floor
Philadelphia, PA 19103
*Attorneys for Defendants Butterfly Network, Inc.*
*and BFLY Operations, Inc.*

Paul D. Tripodi II, Esquire                                *VIA ELECTRONIC MAIL*
Clark Gordon, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
4 Park Plaza, Suite 1900
Irvine, CA  92614
*Attorneys for Defendants Butterfly Network, Inc.*
*and BFLY Operations, Inc.*

C. Brandon Rash, Esquire                                   *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C.  20006
*Attorneys for Defendants Butterfly Network, Inc.*
*and BFLY Operations, Inc.*

Megan R. Mahoney, Esquire                                    *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower, 44th Floor
New York, NY  10036-6745
*Attorneys for Defendants Butterfly Network, Inc.*
*and BFLY Operations, Inc.*

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

2