IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIFILM SONOSITE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-309 (JPM) |
| ) | |
| BUTTERFLY NETWORK, INC. and ) | |
| BFLY OPERATIONS, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff FUJIFILM Sonosite, Inc., and Defendants Butterfly Network, Inc. and BFLY Operations, Inc., by their respective attorneys, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the voluntary dismissal with prejudice of all claims in this action. Each party will bear its own costs and fees associated with this action.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| */s/ Jeremy A. Tigan* | */s/ Michael J. Farnan* |
| Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com | Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| CO COUNSEL: | OF COUNSEL: |
| Robert L. Maier<br>Jennifer C. Tempesta<br>Margaret M. Welsh<br>Pallavi Mathur<br>Eric J. Faragi<br>BAKER BOTTS LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>(212) 408-2500 | Steven D. Maslowski<br>Jason Weil<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1735 Market Street, 12th Floor<br>Philadelphia, PA 19103<br>(215) 965-1200 |
| *Attorneys for Plaintiff FUJIFILM Sonosite, Inc.* | Paul D. Tripodi II<br>Clark Gordon<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>4 Park Plaza, Suite 1900<br>Irvine, CA 92614<br>(949) 885-4100 |
| | C. Brandon Rash<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 887-4000 |
| | Megan R. Mahoney<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>(212) 872-1000 |
| | *Attorneys for Defendants Butterfly Network, Inc. and BFLY Operations, Inc.* |
| November 13, 2023 | |

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge