IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIFILM SONOSITE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUTTERFLY NETWORK, INC., and BFLY OPERATIONS, INC., <br><br> Defendants. | Case No. 1:22-cv-00309-JPM |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on November 13, 2023. (ECF No. 169.) The Court, being duly advised, finds that this action is **DISMISSED WITH PREJUDICE**. Each party shall itself bear all costs and attorney fees.

**IT IS SO ORDERED**, this 14th day of November, 2023.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE