IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIFILM SONSITE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BUTTERFLY NETWORK, INC., and<br>BFLY OPERATIONS, INC.,<br><br>    Defendants. | Case No. 1:22-cv-00309-JPM |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Joint Stipulation, filed on November 13, 2023 (ECF No. 169), and the Court having entered an Order of Dismissal (ECF No. 170),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

November 14, 2023
Date